JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone: (559) 497-6132

Attorney for Defendant
OLEGARIO TRUJILLO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1: 08 CR 00435 AWI |
|---|---|---|
| Plaintiff, | ) | WAIVER OF APPEARANCE AND ORDER THEREON |
| v. | ) | DATE: May 26, 2009 |
| OLEGARIO TRUJILLO, | ) | TIME: 11:00 a.m. |
|  | ) | PLACE: Courtroom Two |
| Defendant. | ) | HONORABLE ANTHONY W. ISHII |

Defendant, OLEGARIO TRUJILLO, hereby waives his right to be present in person in open court upon the hearing presently set for May 26, 2009 at 11:00 a.m. in Courtroom Two of the above entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his interests will be deemed represented at said hearing by the presence of his attorney, JOHN F. GARLAND. Defendant further agrees to be present in person in court at all future hearing dates to be set by the court including the date set for jury trial.

Dated: May __20__, 2009                    /s/ Olegario Trujillo
                                            OLEGARIO  TRUJILLO

1

# ORDER

Good cause appearing,

IT IS HEREBY ORDERED that defendant OLEGARIO TRUJILLO is hereby excused from appearing at the court hearing scheduled for May 26, 2009 at 11:00 a.m.

IT IS SO ORDERED.

Dated:    **May 22, 2009**                      /s/ **Anthony W. Ishii**
                                                  CHIEF UNITED STATES DISTRICT JUDGE